UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO A. QUINTERO,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCED UNIFIED SCHOOL DISTRICT, et al and DOES 1 to 8,<br><br>    Defendants. | Case No. 1:20-cv-01439-NONE-BAM<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. No. 5) |

Plaintiff Demetrio A. Quintero, proceeding pro se, filed the instant action on October 9, 2020. (Doc. No. 1.) On April 12, 2021, the Court issued a Screening Order granting Plaintiff leave to amend his complaint. (Doc. No. 4.) Plaintiff was given thirty (30) days to file a first amended complaint. (*Id.*) On May 12, 2021, Plaintiff filed a motion for continuance of first amended complaint. (Doc. No. 5.) Plaintiff requested ten (10) additional days to file his first amended complaint due to a death in the family. (*Id.*)

Having considered Plaintiff's motion, and good cause appearing, the Court HEREBY GRANTS the request. Plaintiff shall file his first amended complaint no later than ten (10) days after this order is entered.
IT IS SO ORDERED.

Dated: **May 14, 2021**          /s/ *Barbara A. McAuliffe*          
                                 UNITED STATES MAGISTRATE JUDGE

1