UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIO QUINTERO, II,<br><br>Plaintiff,<br><br>v.<br><br>MERCED UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | No. 1:20-cv-01439-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 8) |

Plaintiff Demetrio Quintero, II, proceeding *pro se* and *in forma pauperis*, filed the complaint initiating this civil-rights action on October 9, 2020. (Doc. No. 1.) The case currently proceeds on plaintiff's first amended complaint against defendant Merced Unified School District and eight named Doe defendants in connection with an investigation that led to plaintiff's dismissal from his position as the girls' basketball coach. (Doc. No. 7.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2021, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to state a claim upon which relief may be granted. (Doc. No. 8.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days. (*Id.* at 10.) The deadline to file objection has now passed, and no objections were filed.

1

1 In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 27, 2021, (Doc. No. 8), are adopted in full;
2. This action is dismissed, without prejudice; and
3. The Clerk of the Court is respectfully directed to assign a district judge for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:   **December 16, 2021**

UNITED STATES DISTRICT JUDGE

2